UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              CASE NO. 10 B 12613
                                                    CHAPTER 13
SHERMAN LEE WILLIAMS
MARIGOLD DOREEN WILLIAMS                            JUDGE JACQUELINE P COX

         DEBTORS                                    **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** GREEN TREE SERVICING LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 18 | 29 | 7641 7810 WOODLAWN | $3,368.54 | $2,405.00 | $2,405.00 |
| Total Amount Paid by Trustee | | | | | $2,405.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-12613-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 5th day of October, 2015.

Debtor:
SHERMAN LEE WILLIAMS
MARIGOLD DOREEN WILLIAMS
7810 S WOODLAWN
CHICAGO, IL 60619

Attorney:
ERNESTO D BORGES JR
105 W MADISON 23RD FLR
CHICAGO, IL 60602
via Clerk's ECF noticing procedures

Mortgage Creditor:
CITIMORTGAGE INC
PO BOX 6043
SIOUX FALLS, SD 57117-6043

Creditor:
GREEN TREE SERVICING LLC
345 ST PETER ST L800R
ST PAUL, MN 55102

Mortgage Creditor:
GREEN TREE SERVICING LLC
7360 S KYRENE RD
MAILSTOP T120
TEMPE, AZ 85283

ELECTRONIC SERVICE - United States Trustee

Date: October 05, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603